**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-1381**

———————————

In re: JAMES JOHNSON,

       Petitioner.

———————————

On Petition for Writ of Mandamus or Writ of Prohibition to the United States District Court for the District of Maryland, at Baltimore.  (1:18-cr-00178-RDB-1)

———————————

Submitted:  June 14, 2024                                       Decided:  June 18, 2024

———————————

Before NIEMEYER and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

James Johnson, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Johnson petitions for a writ of mandamus or a writ of prohibition, alleging that the district court has unduly delayed in acting on his motion for compassionate release and seeking an order from this court directing the district court to order the Government to respond to his motion. Our review of the district court's docket reveals that, after the Government filed a response to Johnson's compassionate release motion, the court denied it and denied as moot Johnson's motion for due process on his compassionate release motion. Accordingly, because the district court has recently ruled on Johnson's motion after the Government responded to it, we deny the mandamus or prohibition petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*